**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6979**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

KEVIN LAMONT WALKER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, District Judge. (4:05-cr-00005-RBS-JEB-1)

_____

Submitted: November 15, 2011          Decided: November 18, 2011

_____

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Lamont Walker, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's order denying his motion to expedite decision on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion, which the court previously struck from its docket due to deficiency in form. We have reviewed the record and find no reversible error. Accordingly, we deny Walker's motion to assign counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED